ASCENSION LAW GROUP
PAMELA TSAO (266734)
12341 Newport Ave., Suite B200
North Tustin, CA 92705
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff MICHAEL KEO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. KEO, an individual<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TAHITI PROPERTY, LLC, a limited liability company;<br><br>　　　　　Defendants. | Case No.: 8:23-cv-1693<br><br>**NOTICE OF ACCEPTANCE OF DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO PLAINTIFF** |

# NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

**TO DEFENDANTS AND THEIR RESPECTIVE COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff MICHAEL KEO accepts the offer of judgment served on him by Defendant TAHITI PROPERTY, LLC, a limited liability company on February 16, 2024, to allow a judgment to be entered in favor of Plaintiff and against TAHITI PROPERTY, LLC, a limited liability company in the sum of $2,000.00, plus Plaintiff's costs (including attorney and legal fees) accrued to date according to proof. A true and correct copy of Defendant's Rule 68 offer of Judgment is attached hereto as Exhibit "A".

ASCENSION LAW GROUP, PC

DATE: April 1, 2024

/s/Pamela Tsao
Pamela Tsao, attorney for Plaintiff
MICHAEL C. KEO