# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL C. KEO, an individual<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TAHITI PROPERTY, LLC, a limited liability company;<br><br>　　　　Defendants. | Case No.: 8:23-cv-01693-JLS (ADSx)<br><br>**Judgment** |

## Judgment

Having reviewed Plaintiff's Notice of Acceptance of Rule 68 Offer of Judgment (*see* Docs. 21 & 21-1.), it is ORDERED

1. That Plaintiff recovers $2,000 from Defendants;
2. That the action be, and is, hereby DISMISSED.
3. Any motion for attorney fees shall be filed **within 14 days** of the issuance of this Order.  *See* Fed. R. Civ. P. 54(d)(2)(B)(i).

Dated: April 26, 2024

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1